UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALL AND JULIE MCCALL | * * * | CIVIL ACTION NO. 21-02153 |
| VERSUS | * * | JUDGE: JAMES D. CAIN, JR. |
| SAFECO INSURANCE COMPANY OF OREGON | * * * | MAGISTRATE: KATHLEEN KAY |

## JUDGMENT

Considering the foregoing Joint Motion to Dismiss (Doc.16);

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all claims and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

SIGNED in Chambers on this 14th day of July, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE